UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIRTHA GARCIA,

Plaintiff,

vs.  Case No.: 14-22172-CV-UU

REVENUE RECOVERY SERVICE, LLC,

Defendant.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff's Motion for a Final Default Judgment. The Court has carefully considered the Motion and is otherwise duly advised. It is hereby:

**ORDERED AND ADJUDGED** that:

The Plaintiff's Motion for a Final Default Judgment is **GRANTED**. The Plaintiff shall be awarded judgment as follows:

a. Plaintiff MIRTHA GARCIA is awarded $2,000.00; and

b. Law Offices of Monica Amor, P.A. is awarded $3,040.00.

DONE AND ORDERED in Chambers this 20 day of Aug, 2014.

UNITED STATES DISTRICT COURT

Copies provided to:
Counsel and Parties of Record